IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CLIFFORD HACKETT, | ) CIV. NO. 16-00120 JMS-KSC |
| Plaintiff, | ) ORDER DISMISSING ACTION |
| vs. | ) |
| FUKUDA ENTERPRISES LLC, | ) |
| Defendant. | ) |

## ORDER DISMISSING ACTION

On April 18, 2016, this court dismissed pro se Plaintiff Clifford Hackett's ("Plaintiff") Complaint against Defendant Fukuda Enterprises LLC for failure to state a plausible claim for relief under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. Doc. No. 12 ("April 18 Order"). The April 18 Order was served that day by mail and by email at the addresses Plaintiff provided: HC2 Box 6646, Keaau, HI 96749, and 3659745@gmail.com. The court granted Plaintiff leave to amend the Complaint by May 16, 2016, to cure the deficiencies identified in the April 18 Order,[1] and warned Plaintiff that "[f]ailure to file an amended complaint by May 16, 2016 will result in automatic dismissal of this action without prejudice." *Id.* at 8-9.

---

[1] In addition to failing to state a claim, the court noted that venue in this district may be improper. Doc. No. 12, April 18 Order at 7 n.3.

On April 28, 2016, the April 18 Order was returned by the United States Postal Service marked "RETURN TO SENDER/ATTEMPTED-NOT KNOWN-UNABLE TO FORWARD."  Doc. No. 13.  However, the court received no messages indicating a delivery failure with regard to service by email. Additionally, the court notes that on March 17, 2016, Plaintiff represented that he "ha[s] regular access to . . . a computer with internet access; [and a]n email account on a daily basis to receive notifications from the Court[.]"  Doc. No. 2, Pl.'s Mot. for Electronic Case Filing.

As of May 23, 2016, Plaintiff did not file an Amended Complaint. Accordingly, this action is DISMISSED without prejudice.  The Clerk of Court is directed to close the case.

        IT IS SO ORDERED.

        DATED:  Honolulu, Hawaii, May 23, 2016.



        /s/ J. Michael Seabright
        J. Michael Seabright
        Chief United States District Judge

*Hackett v. Fukuda Enters. LLC*, Civ. No. 16-00120 JMS-KSC, Order Dismissing Action